**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STELLA LAWRENCE, et al.**                                                      **PLAINTIFFS**

**V.**                                 **4:13CV00163 JMM**

**WYETH, LLC, et al.**                                                    **DEFENDANTS**

## ORDER

Pending is the Defendants' motion to dismiss. (Docket # 86). The motion is GRANTED. On May 31, 2013, the Court entered an Order allowing Plaintiffs' counsel to withdraw. Plaintiffs were directed to notify the Court in writing on or before July 1, 2013, indicating whether they intended to proceed with this case *pro se* or whether they intended to obtain substitute counsel. Plaintiffs were also directed to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. Plaintiffs failed to respond to the Court's Order.

Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiffs' failure to respond to this Court's May 31, 2013 Order, the

Court will dismiss the Complaint without prejudice. Accordingly,

    IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without prejudice.

    An appropriate Judgment shall accompany this Order.

    IT IS SO ORDERED this 13th day of August, 2013.

                                     _____
                                     James M. Moody
                                   United States District Judge