### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**STELLA LAWRENCE, et al.**                                    **PLAINTIFFS**


**V.**                              **4:13CV00163 JMM**


**WYETH, LLC, et al.**                                         **DEFENDANTS**


### <u>ORDER</u>

Pending is the Defendants' motion to dismiss.  (Docket # 86).  The motion is

GRANTED.  On May 31, 2013, the Court entered an Order allowing Plaintiffs' counsel

to  withdraw.  Plaintiffs were directed to notify the Court in writing on or before July 1,

2013, indicating whether they intended to proceed with this case *pro se* or whether they

intended to obtain substitute counsel.  Plaintiffs were also directed to be familiar and

comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

Plaintiffs failed to respond to the Court's Order.

Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the

Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .

In light of Plaintiffs' failure to respond to this Court's May 31, 2013 Order, the

Court will dismiss the Complaint without prejudice.  Accordingly,

IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without

prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 13th day of August, 2013.

_____
James M. Moody
United States District Judge