IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STELLA LAWRENCE, et al.**                                                                                      **PLAINTIFFS**

**V.**                                             **4:13CV00163 JMM**

**WYETH, LLC, et al.**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 13th day of August, 2013.

_____
James M. Moody
United States District Judge